# United States Bankruptcy Court
## Southern District of Alabama

In re **Donald W. Soutullo**  
Debtor(s)

Case No. **09-11543**  
Chapter **13**

# CUMULATIVE STATEMENT OF AMENDMENT

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

**Amend Chapter 13 Statement of Current Monthly Income (Official Form 22C) to include monthly rent income of $452.00 on property located at Catherine Creek at line 4a. This results in changes on totals at various lines, the last being the Monthly Disposable Income at line 59 ($292.00).**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: **August 19, 2009**

**/s/ Theodore L. Hall**  
**Theodore L. Hall**  
Attorney for Debtor(s)  
**Theodore L. Hall, Bankruptcy Lawyer**  
**2602 Dauphin Street**  
**Mobile, AL 36606**  
**(251) 479-0619 Fax:(251) 479-0602**  
**tlhallawyer@earthlink.net**