IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NO.: 09-11543 |
| | * | |
| DONALD W. SOUTULLO, | * | |
| | * | Chapter 13 |
| DEBTOR. | * | |

**MOTION TO MODIFY PLAN AFTER CONFIRMATION**

**COMES NOW** the Debtor, DONALD W. SOUTULLO, by and through the undersigned attorney, and pursuant to 11 U.S.C. 1329 moves the court for an order not disapproving the modification contained herein for the following reason:

1. Debtor amended plan to include language in plan reserving the right to proceed with claims against Citi Mortgage and others. See Amended Plan paragraph 12(e).

**RESPECTFULLY** submitted on this the 2nd day of October 2009.

                                                  /s/ Earl P. Underwood, Jr.
                                                EARL P. UNDERWOOD, JR.
                                                Attorney for Debtor

OF COUNSEL:
Law Offices of Earl P. Underwood, Jr.
21 South Section Street
P.O. Box 969
Fairhope, AL 36533-0969
251-990-5558

CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing upon all parties of interest by depositing a copy of the same in the United States mail, properly addressed and first class postage affixed prepaid on this the 2nd day of October 2009 or by using the electronic filing system.

                                                  /s/ Earl P. Underwood, Jr.
                                                Earl P. Underwood, Jr.