IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | CASE NO. 09-11543 |
| DONALD W. SOUTULLO, | |
| Debtor. | |

## MOTION TO DISMISS

COMES NOW, the Debtor and his undersigned counsel, and respectfully moves the Court for a dismissal of this estate. As grounds, Debtor states that this proceeding was instituted as a result of a dispute between Debtor and his mortgage company, CitiMortgage, Inc. That dispute was litigated in a related Adversarial Proceeding (09-1137) and has been resolved. Debtor is able and prepared to fulfill his obligations to his creditors without need of further protection of the Court. This dismissal is in the best interest of the Debtor.

*/s/ Donald W. Soutullo*
Donald W. Soutullo

*/s/ Earl P. Underwood, Jr.* (By KJR w/perm)
Earl P. Underwood, Jr. (UNDEE6591)

OF COUNSEL
Underwood & Riemer, PC
21 South Section Street
Fairhope, AL 36532
251-990-5558 (voice)
251-990-0626 (fax)

## CERTIFICATE OF SERVICE

I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record on the 8th day of September, 2010.

        /s Earl P. Underwood, Jr.
        Earl P. Underwood, Jr.

Respectfully submitted this 8th day of September, 2010.

Theodore L. Hall
Chapter 7 Bankruptcy Trustee
US Bankruptcy Court, Southern Division
2602 Dauphin Street
Mobile AL 36606-4802

        /s Earl P. Underwood, Jr.
        Earl P. Underwood, Jr.